

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-13-00289-CV

| | | |
|---|---|---|
| Fox Lake Animal Hospital PSP | § | From the 96th District Court |
| | § | of Tarrant County (096-263918-13) |
| v. | § | April 10, 2014 |
| Wound Management Technologies, Inc. | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Fox Lake Animal Hospital PSP shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot